THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

FILED
U.S. DISTRICT COURT

2008 FEB 27  P 2: 32

DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

| | | |
|---|---|---|
| AMERICAN ATHEISTS, INC., a Texas non-profit corporation; R. ANDREWS, S. CLARK and M. RIVERS, | ) ) ) ) | Case No. 2:05CV00994 DS |
| Plaintiffs, | ) | |
| vs. | ) | O R D E R DENYING MOTION TO STRIKE (DOC. #286) |
| COLONEL SCOTT T. DUNCAN, Superintendent, Utah Highway Patrol; JOHN NJORD, Executive Director, Utah Department of Transportation; D'ARCY PIGNANELLI, Executive Director, Department of Administrative Services; and F. KEITH STEPAN, Director Division of Facilities Construction and Management Department of Administrative Services, | ) ) ) ) ) ) ) ) ) | |
| Defendants | ) | |
| UTAH HIGHWAY PATROL ASSOCIATION,Intervenor-Defendant. | ) ) | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

UHPA moved the court to strike in their entirety exhibits "A,"
"B" and "C" attached to plaintiffs memorandum (Doc. # 281) opposing
UHPA's motion to strike the affidavit of LaPriel Dye.  The court
acknowledges the confusion caused by duplicate filings.
Nevertheless, because the exhibits are related to a pending motion
to alter, amend, or clarify, the court denies the motion to strike

and will rule on the exhibits in connection with the more substantive motion currently pending before the court.

SO ORDERED.

DATED this 27th day of February, 2008.

BY THE COURT:

DAVID SAM
SENIOR JUDGE
U.S. DISTRICT COURT

2