**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker                       Douglas E. Cressler
Clerk of Court          November 9, 2011    Chief Deputy Clerk


Mr. D. Mark Jones
United States District Court for the District of Utah
350 South Main Street
150 Frank E. Moss U.S. Courthouse
Salt Lake City, UT 84101


**RE:   08-4061, American Atheists, et al v. Duncan, et al**
       Dist/Ag docket: 2:05-CV-00994-DS

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please note that the mandate includes a statement of costs. Please file accordingly in the records of your court.

Please contact this office if you have questions.

                                        Sincerely,

                                        *Elisabeth A. Shumaker*

                                        Elisabeth A. Shumaker
                                        Clerk of the Court


cc:    John Ansbro
       Byron Jeffords Babione
       Brian M. Barnard
       W Benjamin Bull
       Daniel D. Domenico
       John Allen Eidsmoe
       Steven W. Fitschen
       Luke William Goodrich

David M. Gossett
Brett Harvey
Barry C. Hodge
Gary McCaleb
Frank D. Mylar Jr.
Eric C. Rassbach
Robert V. Ritter
Thomas Dibblee Roberts
Michael A. Sink
Kevin Trent Snider
Evan Mark Tager


EAS/sls

Case 2:05-cv-00994-DS   Document 313-1   Filed 11/09/11   Page 2 of 2
Appellate Case: 08-4061   Document: 01018741985   Date Filed: 11/09/2011   Page: 2

2